UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

   LISA M. JOHNSON

                  Debtor

CASE NO: 07-30262

      (Chapter 13)

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040333**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 19 | CHASE BANK USA NA<br>CIRCUIT CITY PRIVATE LABEL<br>BOX 100018<br>KENNESAW, GA  30156 | 109.34 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/22/2010

Certificate of Service                                07-30262

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LISA M. JOHNSON                 REBECCA A BARTHELEMY-SMITH          (19.1)
106 SAVOY AVE.                  4133 N DIXIE DR                    CHASE BANK USA NA
DAYTON, OH  45449               DAYTON, OH  45414                  CIRCUIT CITY PRIVATE LABEL
                                                                   BOX 100018
                                                                   KENNESAW, GA  30156

(31.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

        Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv